**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

CYNTHIA LYNN BANKS,

    Plaintiff,

v.                                              Case No. 5:15-CV-459-Oc-18PRL

COMMISSIONER OF SOCIAL SECURITY,
    Defendant.
_____

## ORDER

THIS CAUSE comes for consideration on Plaintiff Cynthia Lynn Banks's appeal from a final decision of the Commissioner of the Social Security Administration ("Commissioner"), which the Court referred to United States Magistrate Judge Philip R. Lammens for a Report and Recommendation.

On January 13, 2017, Judge Lammens issued a Report and Recommendation recommending that the Commissioner's decision be affirmed (Doc. 23). Having reviewed the Report and Recommendation (Doc. 23) and there being no timely objections filed, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Philip R. Lammens's Report and Recommendation (Doc. 23) is **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including appellate review.

2. The Commissioner's final decision is **AFFIRMED**.

3. The Clerk of the Court is directed to **ENTER JUDGMENT** accordingly and **CLOSE** the case.

**DONE** and **ORDERED** in Orlando, Florida on this 2 day of February, 2017.

                                                           G. KENDALL SHARP
                                                           SENIOR UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record